# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 17 518 WHO**

TAHREN DENSON,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1709 - Theft of Mail by Postal Service Employee
18 U.S.C. § 1703(a) - Delay or Destruction of Mail
18 U.S.C. § 1708 - Unlawful Possession of Stolen Mail

---

A true bill.

_Karen Williams_
Foreman

Filed in open court this __28__ day of __Sept. 2017__.

_Karen L. Hom_
KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no bail arrest warrant_

FILED
2017 SEP 28 P 12:45
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Count One:
18 U.S.C. § 1709 - Theft of Mail by Postal Service Employee
Count Two:
18 U.S.C. § 1703(a) - Delay or Destruction of Mail
Count Three:
18 U.S.C. § 1708 - Unlawful Possession of Stolen Mail

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   Counts One, Two and Three:
Maximum Prison Term of Five Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ TAHREN DENSON

DISTRICT COURT NUMBER
CR 17 518

FILED
SEP 28 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
WHO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Postal Service, Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Samantha Schott

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

*FILED 2017 SEP 28 P 12:45 SUSAN Y. SOONG CLERK, US DISTRICT COURT NO. DIST. OF CA.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17 518 WHO |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1709 – Theft of Mail by Postal Service Employee; |
| TAHREN DENSON, | 18 U.S.C. § 1703(a) – Delay or Destruction of Mail; 18 U.S.C. § 1708 – Unlawful Possession of Stolen Mail; |
| Defendant. | 18 U.S.C. § 981(a)(1)(C) – Forfeiture |
| | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:         (18 U.S.C. § 1709 – Theft of Mail by Postal Service Employee)

1. On or about February 16, 2017, in the Northern District of California, the defendant,

TAHREN DENSON,

while working as a Postal Service employee, and having come into possession of letters, postal cards, packages, bags, and mail, intended to be conveyed by mail, embezzled and stole United States Currency contained therein, in violation of Title 18, United States Code, Section 1709.

///

///

///

INDICTMENT

COUNT TWO:    (18 U.S.C. § 1703(a) – Delay or Destruction of Mail)

2. On or about February 16, 2017, in the Northern District of California, the defendant,

TAHREN DENSON,

while working as a Postal Service employee, and having come into possession of letters, postal cards, packages, bags, and mail, intended to be conveyed by mail, unlawfully opened said mail pieces, in violation of Title 18, United States Code, Section 1703(a).

COUNT THREE:    (18 U.S.C. § 1708 – Unlawful Possession of Stolen Mail)

3. On or about February 16, 2017, in the Northern District of California, the defendant,

TAHREN DENSON,

unlawfully had in her possession United States Currency that had been stolen, taken, embezzled, and abstracted from mail pieces in the United States mail, knowing this United States Currency to have been stolen, taken, embezzled and abstracted, in violation of Title 18, United States Code, Section 1708.

FORFEITURE ALLEGATION:    (18 U.S.C. § 981(a)(1)(C) – Forfeiture)

4. Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7), Title 28, United States Code, Section 2461, and Rule 32.2 of the Federal Rules of Criminal Procedure.

5. Upon a conviction of the offense alleged in Count Three of this Indictment, the defendant,

TAHREN DENSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7), and Title 28, United States Code, Section 2461, all property, real or personal, constituting or derived from proceeds the defendant obtained directly and indirectly as the result of the offense, including but not limited to $249 in United States Currency seized from the defendant on or about

//

INDICTMENT                                    2

February 16, 2017.

DATED: Sept. 28, 2017

A TRUE BILL.

*Karen Williams*
FOREPERSON

BRIAN STRETCH
United States Attorney

HALLIE HOFFMAN
Acting Chief, General Crimes Section

(Approved as to form: _____ )
SAUSA SAMANTHA SCHOTT

INDICTMENT                                3